IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00624-WYD-MJW

MHC MUTUAL CONVERSION FUND, L.P.,
On Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

UNITED WESTERN BANCORP, INC.,
SANDLER O'NEILL & PARTNERS, L.P.,
FBR CAPITAL MARKETS & CO.,
SCOT T. WETZEL,
WILLIAM D. SNIDER,
GUY A. GIBSON,
MICHAEL J. MCCLOSKEY,
ROBERT T. SLEZAK,
LESTER RAVITZ,
DR. JAMES H. BULLOCK,
JEFFREY R. LEEDS,
BERNARD C. DARRE,
MCGLADREY & PULLEN, LLP, and
CROWE HORWATH LLP,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate Scheduling Conference, Related Deadlines and Extend Time to Respond to Complaint (docket no. **19)** is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on June 10, 2011, at 10:00 a.m is VACATED.  The Defendants shall have forty-five (45) days from the date that the court appoints lead Plaintiffs' counsel to Answer or otherwise Respond to the Operative Complaint.

It is FURTHER ORDERED that this case is set for a Status Conference before Magistrate Judge Watanabe on June 30, 2011 at 8:30 a.m. (Mountain Time) in Courtroom A-502, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294

Date:   April 22, 2011