IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00624-WYD-MJW

MHC MUTUAL CONVERSION FUND, L.P., On Behalf of Itself and All Others Similarly Situated,

      Plaintiff,

v.

UNITED WESTERN BANCORP, INC.,
SANDLER O'NEILL & PARTNERS, L.P.,
FBR CAPITAL MARKETS & CO.,
SCOT T. WETZEL,
WILLIAM D. SNIDER,
GUY A. GIBSON,
MICHAEL J. MCCLOSKEY,
ROBERT T. SLEZAK,
LESTER RAVITZ,
DR. JAMES H. BULLOCK,
JEFFREY R. LEEDS,
BERNARD C. DARRE,
MCGLADREY & PULLEN, LLP, and
CROWE HORWATH LLP,

      Defendants.

---

ORDER ( Docket No. 38 )

THIS MATTER comes before the Court on the parties' Joint Motion to Vacate Status Conference, Extend Time to Respond to Complaint and Set Briefing Schedule ("Joint Motion"). Having reviewed the Joint Motion and finding good cause therein,

IT IS HEREBY ORDERED as follows:

    1.    The parties' Joint Motion is GRANTED;

    2.    Lead Plaintiff is to file an amended complaint within 45 days of the entry of this Order. The time for all Defendants named in the complaint to answer or otherwise

-1-

respond is extended until 45 days after Lead Plaintiff files an amended complaint; the time for filing opposition briefs is 45 days after the motions to dismiss are filed; the time for filing reply briefs is 30 days after the opposition briefs are filed; and

3. The Status Conference currently set for June 30, 2011 at 8:30 a.m., before Magistrate Judge Watanabe is vacated until after the adequacy of the amended complaint is ruled upon and the PSLRA's automatic stay is lifted.

DATED: June 27, 2011

BY THE COURT:

Michael J. Watanabe
United States District Court Magistrate Judge