# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: November 19, 2012 |
| E.C.R./Reporter: Tammy Hoffschildt | |

Civil Action No: **11-cv-00624-WYD-MJW**   Counsel:

**MHC MUTUAL CONVERSION FUND, L.P.**,   Christopher M. Hodge
                                        Jeffrey A. Berens
  Plaintiff,

v.

**UNITED WESTERN BANCORP, INC., et al.**,   Peter A. Wald
                                            Matthew Rawlinson
                                            David G. Palmer
  Defendants.                               Pamela R. Mackey
                                            Stanley J. Parzen

## COURTROOM MINUTES

**MOTION HEARING**

**2:33 p.m.**   Court in Session

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

                Defendant Crowe Horwath LLP's Motion to Dismiss Pursuant to Rule 12(b)(6) (ECF Doc. No. 50), filed September 26, 2011; Defendants United Western Bancorp, Inc., Scot T. Wetzel, William D. Snider, Guy A. Gibson, Michael J. Mccloskey, Robert T. Slezak, Lester Ravitz, Dr. James H. Bullock, Jeffrey R. Leeds, Bernard C. Darré, and Dennis R. Santistevan's Motion to Dismiss Plaintiffs' Amended Class Action Complaint Pursuant to Rule 12(b)(1) and 12(b)(6) (ECF Doc. No. 52), filed September 26, 2011; and Defendants Sandler O'Neill & Partners, L.P. and FBR Capital Markets & Co.'s Motion to Dismiss Plaintiffs' Amended Class Action Complaint (ECF Doc. No. 56), filed September 27, 2011, are raised for argument.

- 2:52 p.m.      Argument by Plaintiffs (Mr. Berens).

- 3:24 p.m.      Argument by Defendants (Mr. Wald).

- 3:49 p.m.      Argument by Defendants (Mr. Palmer).

- 3:50 p.m.      Argument by Defendants (Mr. Parzen).

- 4:00 p.m.      Argument by Defendants (Ms. Mackey).

- 4:00 p.m.      Argument by Plaintiffs (Mr. Berens).

- **ORDERED:**   Defendant Crowe Horwath LLP's Motion to Dismiss Pursuant to Rule 12(b)(6) (ECF Doc. No. 50), filed September 26, 2011, is **TAKEN UNDER ADVISEMENT.**

- **ORDERED:**   Defendants United Western Bancorp, Inc., Scot T. Wetzel, William D. Snider, Guy A. Gibson, Michael J. Mccloskey, Robert T. Slezak, Lester Ravitz, Dr. James H. Bullock, Jeffrey R. Leeds, Bernard C. Darré, and Dennis R. Santistevan's Motion to Dismiss Plaintiffs' Amended Class Action Complaint Pursuant to Rule 12(b)(1) and 12(b)(6) (ECF Doc. No. 52), filed September 26, 2011, is **TAKEN UNDER ADVISEMENT.**

- **ORDERED:**   Defendants Sandler O'Neill & Partners, L.P. and FBR Capital Markets & Co.'s Motion to Dismiss Plaintiffs' Amended Class Action Complaint (ECF Doc. No. 56), filed September 27, 2011, is **TAKEN UNDER ADVISEMENT.**

- **4:05 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:32**