IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00624-WYD-MJW

MHC MUTUAL CONVERSION FUND, L.P., on behalf of itself and all others similarly situated,

      Plaintiff,

v.

UNITED WESTERN BANCORP, INC.,
SANDLER O'NEILL & PARTNERS, L.P.,
FBR CAPITAL MARKETS & CO.,
SCOT T. WETZEL,
WILLIAM D. SNIDER,
GUY A. GIBSON,
MICHAEL J. MCCLOSKEY,
ROBERT T. SLEZAK,
LESTER RAVITZ,
DR. JAMES H. BULLOCK,
JEFFREY R. LEEDS,
BERNARD C. DARRE,
DENNIS R. SANTISTEVAN, and
CROWE HORWATH LLP,

      Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on December 19, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment is hereby entered in favor of Defendants, Sandler O'Neill & Partners, L.P.; FBR Capital Markets & Co.; Scot T. Wetzel; William Snider; Guy A. Gibson; Michael J. McCloskey; Robert T. Slezak; Lester Ravitz; Dr. James H.

Bullock; Jeffrey R. Leeds; Bernard C. Darre; Dennis R. Santistevan; and Crowe Horwath LLP, and against Plaintiff, MHC Mutual Conversion Fund, L.P., on behalf of itself and all others similarly situated, on Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6).  It is further

     ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

     ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment.

     DATED at Denver, Colorado this 21st day of December, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk